UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CANUTE FLO and KLA THOMPSON, on behalf of
themselves and all other persons similarly
situated,

                        JUDGMENT

           Plaintiffs,

                        20-CV-02506 (RPK)(PK)

   v.

CAMPOS GROUP, INC., LIMIONA, INC., KAMARI
GROUP INC., CHRIS TSAMBOUNIARIS, and
JOHN DOES #1-10,

           Defendants.
----------------------------------------------------------------X

       An Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on September 30, 2021, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated September 10, 2021, granting plaintiffs' motion for default judgment; finding that Corporate Defendants are jointly and severally liable for failing to pay plaintiffs proper overtime wages and failing to provide plaintiffs with proper wage notices and wage statements; ordering Corporate Defendants to pay $31,920 in damages and liquidated damages to plaintiff Flo, $44,220 in damages and liquidated damages to plaintiff Thompson, $5,157.50 in attorneys' fees, and $721.60 in costs; and granting plaintiffs post-judgment interest and a fifteen-percent increase penalty under the NYLL if damages are not paid within the statutory time period; it is

       ORDERED and ADJUDGED that plaintiffs' motion for default judgment is granted; and that judgment is hereby entered in favor of plaintiffs and against Corporate Defendants, jointly and severally, in the total amount of $82,019.10 ($31,920-Plaintiff Flo and $44,220-Plaintiff Thompson, plus post-judgment interest and a fifteen-percent increase penalty under the NYLL if damages are not paid within the statutory time period.

| | |
|---|---|
| Dated: Brooklyn, New York<br>October 1, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>Deputy Clerk |